FILED
*March 12, 2015*
Third Court of Appeals
Jeffrey D. Kyle
Clerk

# No:03-14-00665-CV

## IN THE COURT OF APPEALS FOR THE THIRD JUDICIAL DISTRICT OF TEXAS AT AUSTIN, TEXAS

### ERIC DRAKE

*Plaintiff–Appellant*

v.

### KASTL LAW FIRM P.C. ET AL

*Defendant–Appellee*

## ON APPEAL FROM THE 353RD DISTRICT COURT TRAVIS COUNTY, AUSTIN, TEXAS

### Trial Court No. D-1-GN-14-001215

## APPELLANT ERIC DRAKE MOTION TO SUPPLEMENT COURT'S RECORDS

Eric Drake
Pro-Se
Appellant
PO Box 833688
Richardson, Texas 75083
214-477-9288

RECEIVED
MAR 1 2 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

## APPELLANT'S MOTION TO SUPPLEMENT
## THE APPELLATE COURT'S CLERK'S RECORD

Appellant, Eric Drake, ask the Court to permit supplement of the clerk's record that the trial court failed to file into the Court's record as requested by the Appellant. *See* Exhibit "1."

1.     Appellant Drake filed into the clerk of court record his amended notice of appeal. The clerk stamp filed the Appellant's copy but like so many other documents, Drake's amended notice of appeal is not contained in the clerk's record that it forwarded to this Court.

2.     Since filing his notice of appeal in the trial court, Appellant's filings have disappeared, or were destroyed, or were prevented from being filed into the trial court's record. It is the Appellant's opinion that this amended notice of appeal will be extremely important for the higher courts to review when Drake will have to file his appeals of this Court's decision.

3.     An appellate court cannot refuse to file a supplemental recorders record because a party did not make a timely request. TRAP 34.5(b)(4), 34.6(b)(3). Drake is powerless to make the clerk of court to include his documents in this Court's records, but Drake want it to be on the record that he has made this requests before the Appellee filed his brief and

**APPELLANT'S MOTION TO SUPPLEMENT COURTS RECORD**
**WITH HIS AMENDED NOTICE OF APPEAL**                                                1

before he is needing to file an appeal to any decisions of this Court.

4. Pursuant to TRAP the Clerk of Court and Court Reporters Record must prepare these records when requested by a party. See Drake's requests. Exhibit "2."

5. For these reasons, Appellant Eric Drake asks the Court to order the clerk of court to submit his amended notice of appeal into this Court's record as Drake has already requested the trial court to do, but has failed again, to carryout simple requests made by the Appellant.

Respectfully submitted:

Eric Drake
PO Box 83688
Richardson, Texas 75083
214-477-9288

## CERTIFICATION OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing document has been delivered to the defendant's/appellees through their attorney of record via US Mail on this the 10th day of January 2015.



Eric Drake

## CERTIFICATION OF CONFERENCE

I ERIC DRAKE, Appellant, have attempted to conference with all of the defendants (Appellees) attorney's but they have not returned any calls or attempted themselves to conference with the Appellant, thus Drake files this motion with the Court for its decisions.

Eric Drake—Appellant

**APPELLANT'S MOTION TO SUPPLEMENT COURTS RECORD**
**WITH HIS AMENDED NOTICE OF APPEAL** 3

# Exhibit 1

CAUSE NO. D-1-GN-14-001215

ERIC DRAKE                        IN THE DISTRICT COURT

VS                               TRAVIS COUNTY, TEXAS

KASTL LAW P.C.  ET AL            200TH JUDICIAL DISTRICT

## PLAINTIFFS AMENDED NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

1.      Plaintiff, Eric Drake (hereafter Plaintiff/Plaintiff), comes, filing this notice of appeal pursuant to Tex. R. App. P. 25.1 desires to appeal the 353rd District Court's Order (signed by visiting judge Charles Ramsay) declaring the Plaintiff as a vexatious litigate, and all other orders signed on August 19, 2014, pursuant to the above entitled, and numbered cause of action. Plaintiff assert and objects, and is appealing the following:

Defendants have filed several motions with the Court. Motions to transfer, motions to determine the Plaintiff as a vexatious litigate and motions to change venue. None of the defendant's conference with the Plaintiff prior to filing their motions with the Court, thus violating the local rules. The Court violated the TRCP in assigning visiting judge to hear Defendant Willing's motion to declare Plaintiff vexatious.  Plaintiff is appealing the August 19, 2014 order declaring him as a vexatious litigant, and the August 19, 2014 prefiling order. The Plaintiff is appealing additionally all orders signed on August 19, 2014 in regards to the above entitled, numbered, and styled cause of action. In Plaintiff's appeal he will show that the Court failed to follow the Tex. R. Civ. P., (18a and 18b) and the Court's further violated the Plaintiff's due process rights, and his Texas and Constitutional rights. Plaintiff is appealing the written order signed by Judge Charles Ramsay on August 19, 2014 regarding Defendant declaring Plaintiff as a vexatious litigant in its entirety. Plaintiff objects to the August 19, 2014 order signed by Charles Ramsay in its entirety. Plaintiff objects to the order being that Defendant Seanna Willing failed to prove by and through evidence submitted to the trial court that was entered into

PLAINTIFFS DRAKE AMENDED NOTICE OF APPEAL                        PAGE 1

evidence that the Plaintiff had no reasonable possibility in prevailing against her. Plaintiff is appealing the assignment of Charles Ramsay by Warren Vavra, who is not a judge and has no authority to appoint a judge to hear a motion pursuant to the Tex. R. Civ. P., 18a and 18b. Plaintiff objects to Warren Vavra assigning judges. Plaintiff objects to the August 19, 2014 order of recusal and order of referral filed into the trial court's record in the above cause of action. Plaintiff objects to the fact that he objected to Judge Charles Ramsay prior to his beginning to hear Defendant Seanna Willing's motion to declare the Plaintiff vexatious and he refused to recuse or hear the motion. Plaintiff files this appeal because Charles Ramsay did not have the authority or jurisdiction to preside over Defendant Seanna Willing's motion on August 19, 2014. Plaintiff objects to Judge Charles Ramsay, because he is known to be unfair to nonwhites by apparent past rulings. It appears that Charles Ramsay may be a racist. Plaintiff files this appeal in objection to actual perjury which is a crime that was committed by Seanna Willing and her counsel Scot Graydon who is an assistant attorney general for Texas. Plaintiff is filing this appeal being that the trial court violated Plaintiffs due process rights and violated Tex. R. of Evidence, and the provisions of Chapter 11 f the Tex. Civ. Prac. & Rem. Code. Plaintiff files this appeal because the trial court failed to act on pending motions by the defendants and the Plaintiff pertaining to jurisdiction and special exceptions prior to assigning a visiting judge to hear Defendant Willing's motion on August 19, 2014. The Court failed to follow proper procedure, pursuant to the Tex. R. Civ. P., and other rules, and statues. Plaintiff is appealing the trial court's order of recusal and referral filed on August 19, 2014. Plaintiff files this appeal because the trial court abused its discretion, erred, and ignored basis laws and principles, and even the Canons that judges should be guided by were dismissed. Finally, Plaintiff files this appeal because of the many procedural errors made by district judges and that the August 19, 2014 orders signed by district, County, and a visiting judge are all procedurally defective and should be vacated. The Judges should be sanctioned, disbarred, as well as Scot Graydon.

This appeal is taken in Cause No. D-1-GN-14-001215, styled *Eric Drake*, Plaintiff v. *Kastl Law Firm et al* Defendants.

WHEREFORE, PLAINITFF ERIC DRAKE, hereby submit his notice of appeal regarding the orders, and objections cited herein and the order and prefiling order declaring him a vexatious litigate and all orders signed on August 19, 2014 in the above entitled, numbered, and styled cause which should be vacated.

Respectfully submitted;

Eric Drake
PO Box 833688
Dallas, Texas 75083
214-477-9288

## CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been delivered to the defendant's through their attorney <u>by Hand Delivery</u> in accordance with the Texas Rules of Civil Procedure, and Appellate Rules of Procedure on this the _____27th____ day of October, 2014.

Eric Drake

# Exhibit 2

ERIC DRAKE                                    IN THE DISTRICT COURT

VS                                            TRAVIS COUNTY, TEXAS

KASTL LAW P.C.  ET AL                         200TH JUDICIAL DISTRICT

## PLAINITFF'S REQUEST FOR
## DOCUMENTS TO BE INCLUDED IN CLERK'S RECORD

To: Clerk of Court

    Travis County, Texas
    1000 Guadalupe Street, 5th Floor
    Austin, Texas 78701

      RE: Plaintiffs request for preparation of the clerk's record for *Drake v. Kastl Law et al*, cause number: D-1-GN-14-001215, in the 200TH judicial district court.

      Plaintiff, Eric Drake, is appealing the court's determining him as a vexatious litigate. Plaintiff has filed his notice of appeal. Plaintiff requests that the following documents be included in the clerk's record, as required by Texas Rule of Appellate Procedure 34.5(a):

1.    10/27/2014    **PLAINTIFF'S AMENDED NOTICE OF APPEAL**

      The filed his amended notice of appeal in person and hand delivered the motion to the clerk and yet, this notice does not appear in the clerk's record. Other filings of the Plaintiff that he forwarded from Dallas has disappeared, however, in this case the document was placed in the clerk's hand after the Plaintiff filed it with the front desk person and it somehow is not included in the clerk's record. Plaintiff wants his amended notice of appeal to be in the clerk's record and part of the appellate record for future reference. Notice Attached as Exhibit "A."

Respectfully submitted;

Eric Drake
PO Box 25565
Dallas, Texas 75225
214-477-9288

## CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been delivered

to the defendant's through their attorney _by U.S. Mail_ in accordance with the Texas Rules of Civil

Procedure, and Appellate Rules on this the _27th_ day of _October_, 2014.

Eric Drake

**PLAINTIFFS REQUEST FOR DOCUMENTS INCLUDED IN CLERK'S RECORD     PAGE 2**

Eric Drake
PO Box 833688
Richardson, Texas 75083


March 10, 2015


**U.S. Next Day Air Mail**
Clerk of Court
3rd Court of Appeals
Courts of Law
209 W 14th St.
Austin, TX 78701

RE: *Requests for Clerk's and Reporters Records*
   *Travis County / Cause Number :D-1-GN-14-001215*
   **Cause Number: 03-14-00665-CV**


Dear Honorable Clerk:

I am making yet another requests for this Court to order the trial court to file into this Court's records the Appellant's amended "Notice of Appeal." Please find my previous letter attached to this letter. If I have somehow overlooked the amended Notice of Appeal that is currently in the Court's record, please confirm that Exhibit 1, which is attached to my Second Requests to have this document filed into the Court's records, is indeed filed into the Court's record.

As always, if you may need to reach me regarding this letter or for any other reasons please contact me at the above address or at: 214-477-9288.


Yours truly,

Eric Drake

RECEIVED
MAR 1 2 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Eric Drake
PO Box 833688
Richardson, Texas 75083

October 23, 2014

Clerk of Court
3rd Court of Appeals
Courts of Law
209 W 14th St.
Austin, TX 78701

RE: *Docketing Statement, Copy of Plaintiffs Aff of Indigence,*
*Copy of Requests for Clerk's and Reporters Records*
*Travis County / Cause Number :D-1-GN-14-001215*

Dear Honorable Clerk:

I am filing with you my docketing statement and sending a copy to the clerk's office in Travis County. However, I have already filed once a Request for the Clerk's Records, and Recorders Record. I also filed an affidavit of indigence, and a Notice of Appeal on September 18, 2014, and sent another copy through the mail on September 19, 2014. Neither copy of my notice of appeal can be found, which someone committed a federal offense by destroying my documents that came through the mail. And all of those documents has just disappeared and no one in the clerk's office can tell me where they are. I have requested a federal investigation and I plan to sue the clerk of court in federal court. But since all of my documents are destroyed I am sending you a copy along with my docketing statement.

I you need to reach me regarding this letter or for any other reasons please contact me at the above address or at: 214-477-9288.

Yours truly,

/Eric Drake



UNITED STATES POSTAL SERVICE

PT-2
DALLAS, TX
75260
MAR 10, 15
AMOUNT

PLI 1007

**$19.99**
00026032-14



# EXPRESS MAIL
**UNITED STATES POSTAL SERVICE**

# Flat Rate
# Mailing Envelope
### For Domestic and International Use

**Visit us at usps.com**

≡EMS≡

When used internationally
affix customs declarations
(PS Form 2976, or 2976A).



EI 401411621 US

EXPRESS MAIL
**UNITED STATES POSTAL SERVICE**

**Mailing Label**
Label 11-D, March 2004

Post Office To Addressee

| DELIVERY (POSTAL USE ONLY) | | | |
|---|---|---|---|
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo. Day | | | |
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo. Day | | | |
| Delivery Date | Time | ☐ AM ☐ PM | Employee Signature |
| Mo. Day | | | |

MAR 11 2015

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code  75460
Date Accepted  3-10-15
Time Accepted  3:27  ☐ AM ☐ PM
Day of Delivery  ☐ 1st ☐ 2nd ☐ 3rd Del Day
Scheduled Date of Delivery  3-11-15
Scheduled Time of Delivery  ☐ Noon ☑ 3 PM
Military  ☐ 2nd Day ☐ 3rd Day
Flat Rate ☐ or Weight
Int'l Alpha Country Code

Postage  $ 19.99
Return Receipt Fee  $
COD Fee  $   Insurance Fee  $
Total Postage & Fees  $ 19.99
Acceptance Emp. Initials



**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No

☐ WAIVER OF SIGNATURE

☐ NO DELIVERY  ☐ Weekend  ☐ Holiday

**FROM: (PLEASE PRINT)**  PHONE (

E. Drake
P.O. Box 833668
Richardson, TX. 75083

**TO: (PLEASE PRINT)**  PHONE (

3rd Court of Appeals
ATTN: Clerk of Court
209 W. 14th Street
Austin, TX. 78701

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES)

7 8 7 0 1 + ☐☐☐☐

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811

≡EMS≡



USPS packaging products have been
awarded Cradle to Cradle Certification™
for their ecologically-intelligent design.
For more information go to
mbdc.com/usps

Please recycle.

Recycled
Paper

EP13F

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Express Mail® shipments. Misuse may be a violation of federal law.